UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GAEFCKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLATIRON WEST, INC., *ET AL.*<br><br>　　　　Defendants. | Case No. 1:23-cv-01470-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT SUKUT CONSTRUCTION LLC'S DEADLINE TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 12) |

　　　　On September 12, 2023, Plaintiff James Gaefcke ("Plaitniff") filed a complaint against Defendants in the Superior Court of the State of California, County of Kern. (Doc. 1). Defendant Flatiron West, Inc. removed the action to this Court on October 13, 2023. *Id*. Pending before the Court is the parties' stipulation to extend Defendant Sukut Construction, LLC's ("Sukut") deadline to file a responsive pleading. (Doc. 12).

　　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED, Defendant Sukut shall have until November 9, 2023, to file its responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

　Dated:　**October 25, 2023**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE