UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GAEFCKE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLATIRON WEST, INC., *ET AL.*,<br><br>Defendants. | Case No. 1:23-cv-01470-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING DEFENDANTS FLATIRON WEST, INC. AND SUKUT CONSTRUCTION LLC'S DEADLINE TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 14) |

On September 12, 2023, Plaintiff James Gaefcke ("Plaintiff") filed a complaint against Defendants in the Superior Court of the State of California, County of Kern. (Doc. 1). Defendant Flatiron West, Inc. removed the action to this Court on October 13, 2023. *Id*.

Pending before the Court is the parties' stipulation to further extend Defendant Sukut Construction, LLC ("Sukut") and Flatiron West, Inc.'s ("Flatiron") deadlines to file a responsive pleading. (Doc. 14).

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant Flatiron shall have until November 17, 2023, to file a responsive pleading to Plaintiff's complaint; and

/ / /

/ / /

/ / /

2. Defendant Sukut shall have until November 25, 2023, to file its responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **November 6, 2023**

UNITED STATES MAGISTRATE JUDGE