1  Lonnie D. Giamela (SBN 228435)
       E-Mail:  lgiamela@fisherphillips.com
2  Cindy Kaoud (SBN 322640)
       E-Mail:  ckaoud@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 90071
   T. (213) 330-4500
5  F. (213) 330-4501

6  Attorneys for Defendant
   FLATIRON WEST, INC. (erroneously sued as
7  "FLATIRON CONSTRUCTION CORP.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GAEFCKE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLATIRON WEST, INC. dba FLATIRON, INC., a Delaware Corporation; FLATIRON CONSTRUCTION CORP., a Delaware Corporation; DRAGADOS USA, INC., a Delaware Corporation; SUKUT CONSTRUCTION INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 1:23-cv-01470-ADA-CDB<br><br>*[Removed from Kern County Superior Court, Case No BCV-23-103066]*<br><br>**JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS BETWEEEN PLAINTIFF JAMES GAEFCKE AND DEFENDANTS' FLATIRON WEST, INC.; DRAGADOS USA, INC. AND SUKUT CONSTRUCTION, LLC**<br><br>Complaint Filed: September 12, 2023<br>Trial Date:        None |

1

**TO ALL PARTIES, THEIR RESPECTIVE COUNSEL, AND THE COURT:**

In accordance with Local Rule 160, Plaintiff JAMES GAEFCKE ("Plaintiff"), on the one hand, and Defendants FLATIRON WEST, INC. (erroneously sued as FLATIRON CONSTRUCTION CORP."), DRAGADOS USA, INC., and SUKUT CONSTRUCTION, LLC (erroneously sued as "SUKUT CONSTRUCTION INC.") (collectively "Defendants") on the other hand, hereby give notice that the Parties have reached a settlement of all individual claims brought by Plaintiff and against Defendants in this lawsuit.

The Parties are in the process of documenting the terms and conditions of the settlement in a written agreement. To that end, the Parties request that the Court vacate all currently set dates, with the expectation that the Joint Stipulation of Dismissal, with prejudice, as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference or Order to Show Cause Hearing approximately 60 days from the date of this Notice, at which time the Parties shall show cause why this matter has not yet been dismissed. The parties further request that this Court retain jurisdiction to enforce the settlement.

| Dated: November 16, 2023 | Respectfully submitted, |
| --- | --- |
| | FISHER & PHILLIPS LLP |
| | By: /s/ Lonnie D. Giamela (as approved on 11/1623) |
| | Lonnie D. Giamela |
| | Cindy Kaoud |
| | Attorneys for Defendant |
| | FLATIRON WEST, INC. (erroneously sued as "FLATIRON CONSTRUCTION CORP.") |
| Dated: November 14, 2023 | Respectfully submitted, |
| | D. LAW, INC. |
| | By: /s/ Roman Shkodnik (as approved on 11/14/23) |
| | Emil Davytan |
| | David Yeremian |
| | Roman Shkodnik |
| | Attorneys for Plaintiff |
| | JAMES GAEFCKE |

Dated:  November 16, 2023

Respectfully submitted,

COOK BROWN, LLP

By: /s/ Barbara A. Cotter (as approved on 11/16/23)
    Barbara A. Cotter
    Alexis M. Gabrielson
    Attorneys for Defendant
    DRAGADOS USA, INC

Dated:  November 15, 2023

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ Mia A. Lomedico (as approved on 11/15/23)
    Mia A. Lomedico
    Scott K. Dauscher
    Attorneys for Defendant
    SUKUT CONSTRUCTION, LLC (erroneously sued as "SUKUT CONTRUCTION INC.")

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On November 16, 2023 I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS BETWEEN PLAINTIFF JAMES GAEFCKE AND DEFENDANTS' FLATIRON WEST, INC.; DRAGODOS USA, INC. AND SUKUT CONSTRUCITON, LLC** on all the appearing and/or interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SERVICE LIST ATTACHED**

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 2, 2023 at Los Angeles, California.

Melody Martinez          By: *m.Martinez*
Print Name                         Signature

1
CERTIFICATE OF SERVICE

42922428.1FP 48770133.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Emil Davtyan | *Attorneys for Plaintiff* |
| 3 | Roman Shkodnik<br>D.LAW, INC. | T: (818) 962-6465 |
| 4 | 880 E Broadway<br>Glendale, CA 91205 | F: (818) 962-6469<br>E: emil@d.law |
| 5 | | r.shkodnik@d.law |
| 6 | David Yeremian | Attorneys for Plaintiff |
| 7 | DAVID YEREMIAN & ASSOCIATES, INC. | T: (818) 962-6465<br>F: (818) 962-6469 |
| 8 | 880 E Broadway<br>Glendale, CA 91205 | E: david@yeremianlaw.com |
| 9 | Barbara A. Cotter (SBN 142590) | *Attorneys for Defendant* |
| 10 | Alexis M. Gabrielson (SBN 298738)<br>COOK BROWN, LLP | DRAGADOS USA, INC |
| 11 | 2407 J Street, Second Floor | T. 916-442-3100<br>F. 916-442-4227 |
| 12 | Sacramento, California 95816 | E. bcotter@cookbrown.com<br>agabrielson@cookbrown.com |
| 13 | | |
| 14 | Scott K. Dauscher | *Attorneys for Defendant*<br>SUKUT CONSTRUCTION, LLC |
| 15 | Mia A. Lomedico<br>ATKINSON, ANDELSON, LOYA, RUUD | (erroneously sued as SUKUT<br>CONTRUCTION INC.") |
| 16 | & ROMO<br>12800 Center Court Drive, Suite 300, | T. (562) 653-3200 |
| 17 | Cerritos, California 90703 | F. (562) 653-3333<br>E. sdauscher@aalrr.com |
| 18 | | mia.lomedico@aalrr.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |